1174

No. 82–5332.  GRANGER v. MAGGIO, WARDEN, ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 82–5463.  FITE v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 82–5483.  BRAKE v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 82–5501.  LOPEZ-GARCIA v. UNITED STATES.  C. A.
9th Cir.  Certiorari denied.

No. 82–5521.  GUZMAN v. UNITED STATES.  C. A. 7th
Cir.  Certiorari denied.

No. 82–5524.  JONES v. ESTELLE, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari
denied.

No. 82–5559.  FAYNE v. MARSHALL.  C. A. 6th Cir.
Certiorari denied.

No. 82–5571.  LEROY v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 82–5609.  BURNS v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 82–5620.  HABERSKI v. MAINE.  Sup. Jud. Ct. Me.
Certiorari denied.

No. 82–5621.  TORRES v. SCHWEIKER, SECRETARY OF
HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari
denied.

No. 82–5629.  ROUSE ET AL. v. LEWIS, SECRETARY OF
TRANSPORTATION, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–5717.  GRAVES v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.